In the Matter of GABRIELLE HH., a Child Alleged to be Abandoned. COLUMBIA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ADAM HH., Appellant.

Submitted November 3, 2003; decided November 25, 2003

Motion for leave to intervene granted to the extent of accepting as filed movant's motion for dismissal of the appeal herein or, in the alternative, for reconsideration of this Court's September 18, 2003 order granting leave to appeal. Motion to dismiss appeal or for reconsideration of motion for leave to appeal denied. Motion for leave to intervene otherwise denied.

HAWKEYE FUNDING, LIMITED PARTNERSHIP, et al., Appellants, v DUKE/FLUOR DANIEL et al., Respondents.

Submitted November 10, 2003; decided November 25, 2003

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOPPETTA et al., Appellants.

Decided November 25, 2003

Certfication of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ.